**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7873**

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

JULIAN GRANT CHILDS, a/k/a Poncho,

Defendant – Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (3:05-cr-00249-RLW-1)

Submitted: February 18, 2010      Decided: February 25, 2010

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Julian Grant Childs, Appellant Pro Se. Gurney Wingate Grant, II, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Julian Grant Childs appeals the district court's order denying his pro se motion to compel the Government to file a motion for sentence reduction pursuant to Fed. R. Crim. P. 35(b). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. <u>See</u> <u>United States v. Childs</u>, No. 3:05-cr-00249-RLW-1 (E.D. Va. Sept. 8, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>